UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA,<br><br>    Plaintiff,<br><br>    v.<br><br>KAMALA HARRIS,<br><br>    Defendant. | Case No. 15-cv-02014-VC<br><br>**ORDER DENYING LEAVE TO PROCEED** *IN FORMA PAUPERIS* **UNDER 1915(G) AND DISMISSING CASE WITH PREJUDICE**<br><br>Re: Dkt. No. 3 |

Plaintiff Steven Wayne Bonilla is a state prisoner who has filed a letter indicating that he seeks leave to proceed *in forma pauperis* ("IFP") in this civil rights action. Bonilla has been disqualified from proceeding IFP under 28 U.S.C. § 1915(g), and the lawsuit he has filed here does not fall within an exception to that statutory bar. Accordingly, any IFP application is denied. Moreover, even if the IFP application were granted, his lawsuit would be barred under *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994). Accordingly, the case is dismissed with prejudice.

The Clerk shall enter a separate judgment and close the case.

**IT IS SO ORDERED**.

Dated: May 11, 2015

_____
VINCE CHHABRIA
United States District Judge