United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN WAYNE BONILLA,

    Plaintiff,

v.

KAMALA HARRIS,

    Defendant.

Case No.  15-cv-02014-VC  (PR)

**JUDGMENT**

    For the reasons stated in the order Denying Leave to Proceed In Forma Pauperis and Dismissing Complaint with Prejudice, this case is dismissed with prejudice.  Judgment is entered accordingly.

    The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: May 11, 2015

_____
VINCE CHHABRIA
United States District Judge